IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

```
DOCKET
NUMBER         12
U. S. DISTRICT COURT
WEST. DIST. OF WISCONSIN
     FILED
FEB 1 0 1986

JOSEPH W. SKUPNIEWI..
CASE
NUMBER
```

---

THE AMERICAN BANK, ALMA,
WISCONSIN,

                 Plaintiffs,            ORDER
                                              86-C-65-C

    v.

FEDERAL DEPOSIT INSURANCE
CORPORATION,

                 Defendant.

---

      Plaintiff has moved to dismiss voluntarily its application for an injunction setting aside, limiting, or suspending the enforcement operation or effectiveness of an order entered by the Federal Deposit Insurance Corporation. Also, it has requested that the file kept for record purposes by the Clerk of Court remain sealed and not be made available to the public.

      IT IS ORDERED that both the motion for voluntary dismissal and the request for sealing of the record are GRANTED. With the dismissal of the case, public interest in the subject matter of the case file is minimal and is outweighed by the plaintiff's interest in keeping the information therein confidential.

      Entered this 10th day of February, 1986.

                                              BY THE COURT:

                                              Barbara B. Crabb

                                              BARBARA B. CRABB
                                              District Judge

Copy of this document has been
provided to: Curtin + Anderson
this 10th day of Feb, 1986.
By Lori Jensen
          Deputy Clerk

1